# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS NEAL, | Case No.  3:22-cv-00349-MMD-CLB |
| Plaintiff | **ORDER** |
| v. | |
| NDOC, *et al.*, | |
| Defendants | |

## I.      DISCUSSION

On August 4, 2022, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*.  (ECF   Nos. 1-1, 1).   Plaintiff's application to proceed *in forma pauperis* is incomplete.   Plaintiff has not submitted a financial certificate or an inmate account statement for the previous six-month period with his application.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) without prejudice because the application is incomplete.  The Court will grant

1   Plaintiff a **one-time extension** to file a fully complete application to proceed *in forma*

2   *pauperis* containing all three of the required documents.  Plaintiff will file a fully complete

3   application to proceed *in forma pauperis* on or before **October 11, 2022.**  Absent unusual

4   circumstances, the Court will <u>not</u> grant any further extensions of time.  If Plaintiff does not

5   file a fully complete application to proceed *in forma pauperis* with all three required

6   documents on or before **October 11, 2022**, this case will be subject to dismissal <u>without</u>

7   <u>prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to acquire all

8   three of the documents needed to file a fully complete application to proceed *in forma*

9   *pauperis* or pays the full $402 filing fee.

10         A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the

11   case with the Court, under a new case number, when Plaintiff has all three documents

12   needed to submit with the application to proceed *in forma pauperis*.  Alternatively, Plaintiff

13   may choose not to file an application to proceed *in forma pauperis* and instead pay the

14   full filing fee of $402 on or before **October 11, 2022**, to proceed with this case.

15         The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but the Court

16   will not file the complaint unless and until Plaintiff timely files a fully complete application

17   to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

18   **II.      CONCLUSION**

19         For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed

20   *in forma pauperis* (ECF No. 1) is denied without prejudice to file a new fully complete

21   application to proceed *in forma pauperis* with all three documents.

22         IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the

23   approved form application to proceed *in forma pauperis* by an inmate, as well as the

24   document entitled information and instructions for filing an *in forma pauperis* application.

25         IT IS FURTHER ORDERED that on or before **October 11, 2022**, Plaintiff will either

26   pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52

27   administrative fee) or file with the Court:

28         (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this

- 2 -

1   Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

2   signatures on page 3),

3   (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

4   official (i.e. page 4 of this Court's approved form), and

5   (3) a copy of the **inmate's prison or jail trust fund account statement for the**

6   **previous six-month period**.

7   IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete

8   application to proceed *in forma pauperis* with all three documents or pay the full $402

9   filing fee for a civil action on or before **October 11, 2022**, this case will be subject to

10   dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case

11   number, when Plaintiff has all three documents needed to file a complete application to

12   proceed *in forma pauperis* or pays the the full $402 filing fee.

13   IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint

14   (ECF No. 1-1) but will not file it at this time.

15   **DATED**: _August 11, 2022_____

16

17   _____
     **UNITED STATES MAGISTRATE JUDGE**

18

19

20

21

22

23

24

25

26

27

28